Chicago Title & Trust Company et al., complainants, v. Israel B. Perlman, defendant.

In the matter of the petition of Abraham Terman, appellee, v. Ida Zuckerman and Emanuel Zuckerman, appellants. Gen. No. 26,062.

Order directing issuance of a writ of assistance for the possession of premises. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed March 21, 1922.

Henry M. Ashton and Edward M. Winston, for appellants. Cheney & Evans and Albert Peterson, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Chicago Title & Trust Company et al., defendants in error, v. Israel B. Perlman et al., plaintiffs in error. Gen. No. 26,148.

Suit to foreclose the lien of a trust deed. Decree for complainants. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed March 21, 1922.

Henry M. Ashton and Edward M. Winston, for plaintiffs in error. Walter A. Brendecke, for defendant in error William Ohlhaber.

Mr. Justice Morrill delivered the opinion of the court.

---

Lillian L. Kruspe, by Laura Kruspe, appellee, v. Franklin W. Rose, appellant. Gen. No. 26,552.

Action for damages for personal injuries received by plaintiff when struck by defendant's automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed March 21, 1922.

Peter Postelnek, for appellant. No appearance for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

McNeil & Higgins Company, appellant, v. Marshall Field & Company, appellee. Gen. No. 26,621.

Action to recover rent for warehouse space. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed March 21, 1922.

Oscar B. McGlasson and W. J. Doyle, for appellant. F. P. Leffingwell, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Mary Collins, plaintiff in error. Gen. No. 26,712.

Prosecution for larceny from a store. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922.

Ellis & Westbrooks, George W. Blackwell and Harris B. Gaines, for plaintiff in error; Richard E. Westbrooks, of counsel. Robert